

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00896-CV

**IN RE P.G.D, JR. ET AL.,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00361
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of the trial court's order terminating appellant's parental rights. After this court granted appellant's first request for a 20-day extension of time to file appellant's brief, appellant's brief was due to be filed on March 9, 2020. On March 9, 2020, appellant filed a second, unopposed motion for a 4-day extension of time to file the brief.

    The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

    The motion is GRANTED. It is ORDERED that appellant's brief must be filed no later than March 13, 2020. Given the time constraints governing the disposition of this appeal, **no further requests for extensions of time will be granted**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court